AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Jason Howland
DOB: XX/XX/XXXX

_Defendant(s)_

)
)
)
)
)
)
)

Case: 1:24-mj-00024
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 1/23/2024
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ____ Columbia ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding, | |
| 18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 01/23/2024 _____

_Judge's signature_

City and state: _____ Washington, D.C. _____    MOXILA A. UPADHYAYA, UNITED STATES MAGISTRATE JUDGE

_Printed name and title_