UNITED STATES DISTRICT COURT
DISPLAY OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,                        Case no. 1:24-mj-24

v.                                    Hon. Moxila A. Upadhyaya
                                        United States Magistrate Judge

JASON HOWLAND,

    Defendant.
_____/

**NOTICE OF ATTORNEY APPEARANCE**

NOTICE is given that Sean R. Tilton, Assistant Federal Public Defender, hereby enters his appearance as counsel for the defendant, Jason Howland, in the above action.

                                       Respectfully submitted,

                                       SHARON A. TUREK
                                       Federal Public Defender

Dated: February 8, 2024           /s/ Sean R. Tilton
                                       SEAN R. TILTON
                                       Assistant Federal Public Defender
                                       50 Louis NW, Suite 300
                                       Grand Rapids, Michigan 49503
                                       (616) 742-7420